CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:16−mj−02672−JJO All Defendants
*Internal Use Only*

Case title: USA v. Florez Garzon

Date Filed: 05/18/2016
Date Terminated: 05/23/2016

Assigned to: Magistrate Judge John J. O'Sullivan

**Defendant (1)**

| | |
|---|---|
| **Julio Cesar Florez Garzon**<br>06358−104<br>*Spanish 1976*<br>*TERMINATED: 05/23/2016*<br>*also known as*<br>Tatlka<br>*TERMINATED: 05/23/2016*<br>*also known as*<br>Don Gustavo<br>*TERMINATED: 05/23/2016*<br>*also known as*<br>El Tata<br>*TERMINATED: 05/23/2016* | represented by **Scott Tully Kalisch**<br>228 Charlotte Street<br>St. Augustine, FL 32084<br>305−669−0808<br>Email: scottkalisch@bellsouth.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=ND.F Conspiracy/Pwid Cocaine | |

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/18/2016 | 1 | 3 | Magistrate Removal of Indictment from E/D Texas Case number in the other District 4:14cr73–01(Crone) as to Julio Cesar Florez Garzon (1). (nf) (Entered: 05/19/2016) |
| 05/18/2016 | 2 | 12 | Minute Order for proceedings held before Magistrate Judge John J. O'Sullivan: Initial Appearance as to Julio Cesar Florez Garzon held on 5/18/2016. Date of Arrest or Surrender: 5/18/16. Detention Hearing set for 5/23/2016 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference in re:Removal set for 5/23/2016 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Scott Tully Kalisch for Julio Cesar Florez Garzon (Digital 13:51:38) Signed by Magistrate Judge John J. O'Sullivan on 5/18/2016. (nf) (Entered: 05/19/2016) |
| 05/23/2016 | 3 | 13 | Minute Entry for proceedings held before Magistrate Judge Patrick A. White: Status Conference re: removal and detention as to Julio Cesar Florez Garzon held on 5/23/2016 Spanish Interpreter present. (Digital 10:07:04) (cg1) (Entered: 05/23/2016) |
| 05/23/2016 | 4 | 14 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Julio Cesar Florez Garzon (cg1) (Entered: 05/23/2016) |
| 05/23/2016 | 5 | 15 | COMMITMENT TO ANOTHER DISTRICT as to Julio Cesar Florez Garzon. Defendant committed to Eastern District of Texas. Closing Case for Defendant. Signed by Magistrate Judge Patrick A. White on 5/23/2016. (cg1) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69.** (Entered: 05/23/2016) |

9505694

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

16-2672-O'SULLIVAN

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JULIO CESAR FLOREZ GARZON - 01 | ) | Case No. 4:14cr73-01 (Crone) |
| aka Tatika, Don Gustavo, El Tata | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

2014 APR 11 AM 11:54
RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Julio Cesar Florez Garzon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846  Conspiracy to Possess With Intent to Manufacture and Distribute Cocaine

21 USC 963  Conspiracy to Import Cocaine into the US

21 USC 959  Manufacturing and Distributing Cocaine Imported into the US

Date: 4/9/14

*Issuing officer's signature*

City and state: Sherman, TX

David J. Maland, Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

3

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 4:14CR |
| | § | Judge |
| JULIO CESAR FLOREZ GARZON (1) a.k.a. Tatika, Don Gustavo, El Tata | § § | |



Indictment/Notice of Penalty – Page 1

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Cocaine)

That from sometime in or about January 2008, and continuously thereafter up to and including August 30, 2013, in the Eastern District of Texas and elsewhere,

**Julio Cesar Florez Garzon, a.k.a. Tatika, Don Gustavo, El Tata**



defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Indictment/Notice of Penalty – Page 2

### Count Two

>Violation: 21 U.S.C. § 963 (Conspiracy to Import Cocaine and to Manufacture and Distribute Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)

That from sometime in or about January 2008, and continuously thereafter up to and including August 30, 2013, in the Republic of Colombia, the Republic of Mexico, Eastern District of Texas and elsewhere,

**Julio Cesar Florez Garzon, a.k.a. Tatika, Don Gustavo, El Tata**



defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to commit the following offenses against the United States: (1) to knowingly and intentionally import five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, into the United States from the Republics of Colombia and Mexico in violation of 21 U.S.C. §§ 952 and 960, and (2) to knowingly and intentionally manufacture and distribute five (5) kilograms or more of a mixture and

Indictment/Notice of Penalty – Page 3

substance containing a detectable amount of cocaine, a schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 952 and 960.

In violation of 21 U.S.C. § 963.

### Count Three

           Violation: 21 U.S.C. § 959 and 18 U.S.C. § 2 (Manufacturing and Distributing Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)

That from sometime in or about January 2008, and continuously thereafter up to and including August 30, 2013, in the Eastern District of Texas and elsewhere,

**Julio Cesar Florez Garzon, a.k.a. Tatika, Don Gustavo, El Tata**



defendants, did knowingly and intentionally manufacture and distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a

Indictment/Notice of Penalty – Page 4

Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

In violation of 21 U.S.C. § 959 and 18 U.S.C. § 2.

### Count Four

> Violation: 46 U.S.C. §§ 70503 (a) and 70506(a) & (b) (Conspiracy to Possess with the Intent to Distribute Cocaine while on board a vessel subject to the jurisdiction of the United States)

That from sometime in or about January 2008, and continuously thereafter up to and including August 30, 2013, in the Eastern District of Texas and elsewhere,

**Julio Cesar Florez Garzon, a.k.a. Tatika, Don Gustavo, El Tata**



defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in

Indictment/Notice of Penalty – Page 5

violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b) and 21 U.S.C. §§ 960 (b)(1)(B)(ii).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

From their engagement in the violation alleged in Counts One, Two, and Three of this Indictment, the defendants,

**Julio Cesar Florez Garzon, a.k.a. Tatika, Don Gustavo, El Tata**



shall forfeit to the United States, pursuant to 21 U.S.C. § 970, incorporating the provisions of 21 U.S.C. § 853(a)(1) and (2), all of their interest in:

    a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violation; and

    b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

From their engagement in the violation alleged in Count Four of this Indictment, the defendants,

**Julio Cesar Florez Garzon, a.k.a. Tatika, Don Gustavo, El Tata**

Indictment/Notice of Penalty – Page 6



shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), all of their rights, titles, and interests in any property described in 21 U.S.C. § 881(a)(1) through (11), that was used or intended for use to commit, or to facilitate the commission of, such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

Indictment/Notice of Penalty – Page 7

A TRUE BILL

_____
GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY


_____         _____
ERNEST GONZALEZ                        Date
Assistant United States Attorney

# MINUTE ORDER

Page 5

## Magistrate Judge John O'Sullivan

**Atkins Building Courthouse - 5th Floor**     Date: 5/18/16     Time: 1:30 p.m.

---

Defendant: Julio Cesar Florez Garzon    J#: 06358-104    Case #: 16-2672-O'SULLIVAN

AUSA: Dwayne Wms.    Attorney: Scott Kalisch

Violation: Warr/Ind/ED-TX/Conspiracy to PWID and Manufacture Cocaine, Conspiracy to Import Cocaine    Surr/Arrest Date: 5/18/2016    YOB: 1976

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: *Spanish*

Disposition: *Sentenced 5/16/16 on case 12-20931-CR-WILLIAMS under name Gustavo Augarita Rios - Scott Kalisch in Tampa for Court and will return on Monday.*

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing: 5/23 10 AM

Prelim/Arraign or ~~Removal~~: ~~5/1~~ ~~10 A~~

Status Conference RE: ~~I/A 5/23~~ s/c removal 5/23 10AM

D.A.R. 13:51:38    Time in Court: 3

s/John J. O'Sullivan     Magistrate Judge

12

# COURT MINUTES
## Magistrate Judge Patrick A. White

**Atkins Building Courthouse - 3rd Floor**     Date: 5/23/16     Time: 10:00 a.m.

Defendant: Julio Florez Garzon    J#: 06358-104    Case #: 16-2672-O'SULLIVAN
AUSA: Karen Gilbert      Attorney: SCOTT KALISCH
Violation: WARR/E/D/TEXAS - CONSP/IMPORT/PWID COCAINE
Proceeding: STATUS RE: REMOVAL/PTD     CJA Appt:
Bond/PTD Held: ⃝ Yes ⃝ No    Recommended Bond: PTD
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
- Stip PTD w/Right to Revisit
- Deft waived removal
- Deft stated that his real name is: Gustavo Augarita Rios

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:07:04     Time in Court: 1 minute

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 16-2672-O'SULLIVAN

United States of America
    Plaintiff,
v.

Charging District's Case No. 4:14cr73-01 (Crone)

Julio Florez Garzon,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Eastern District of Texas.

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

- [x] An identity hearing and production of the warrant.
- [x] A preliminary hearing.
- [x] A detention hearing in the Southern District of Florida.
- [x] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/23/16

_____
Defendant's Signature

_____
Patrick A. White
UNITED STATES MAGISTRATE JUDGE

14

# United States District Court
## Southern District of Florida
Case No. 16-2672-O'SULLIVAN

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 4:14cr73-01 (Crone)

Julio Florez Garzon,
(USM# 06358-104)

_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Texas.

**SCOTT KALISCH was retained to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 5/23/16.

_____
Patrick A. White
UNITED STATES MAGISTRATE JUDGE

| RETURN | |
|---|---|
| This commitment was received and executed as follows: | |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |