ORIGINAL


FILED
DEC -1 2016
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR73 |
| | § | Judge Crone |
| GUSTAVO ANGARITA RIOS (1) | § | |
| a.k.a. Tatika, Don Gustavo, El Tata | § | |

## FACTUAL BASIS

The defendant, **Gustavo Angarita Rios**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Gustavo Angarita Rios**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Gustavo Angarita Rios** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to knowingly and intentionally possess with the intent to distribute and dispense 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

4. That **Gustavo Angarita Rios** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Gustavo Angarita Rios** knew that the amount involved during the term of the conspiracy involved 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy

Factual Basis – Page 1

after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Gustavo Angarita Rios**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of cocaine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 11-29-16

GUSTAVO ANGARITA RIOS
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 11-29-16

SCOTT KALISCH
Attorney for the defendant